IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Criminal Action No. 06- 131
                                    )
LESTER PITTMAN,                     )
                                    )
            Defendant.              )        REDACTED

## **INDICTMENT**

The Federal Grand Jury for the District of Delaware charges that:

### **Count One**

On or about October 6, 2006, in the State and District of Delaware, LESTER PITTMAN,

defendant herein, did knowingly possess with the intent to distribute  more than 50 grams of a

mixture and substance containing a detectable amount of cocaine base, a controlled substance, in

violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

A TRUE BILL:


_____   _____
Foreperson


COLM F. CONNOLLY
United States Attorney

BY:_____
    Ilana H. Eisenstein
    Assistant United States Attorney

Dated:



FILED

NOV 1 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE