AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

LESTER PITTMAN

**WARRANT FOR ARREST**

Case Number: CR 06-131-UNA

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ Unsealed
11/30/06

YOU ARE HEREBY COMMANDED to arrest   _____ LESTER PITTMAN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE BASE - ( COUNT I )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(A) _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ /s/ Duncan _____ : DEPUTY CLERK
Signature of Issuing Officer

NOVEMBER 17, 2006 at WILMINGTON, DE
Date and Location

FILED
DEC 0 4 2006
U.S. DISTRICT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 11/30/06 | Ronald A. Marzec | |