IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-131-SLR |
| LESTER PITTMAN, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of February, 2007,

IT IS ORDERED that an evidentiary hearing is scheduled for **Wednesday, March 28, 2007** at **10:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge