AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

USA

V.

LESTER PITTMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 06-131-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Ilana Eisenstein, Esq. | Christopher Koyste, Esq. |

| ~~TRIAL~~ Hearing DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/28/07 | V. Gunning | F. Tassone |

| ~~PLF~~ Govt. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/28/07 | | ✓ | Photograph (Marzec) |
| 3 | | | | ✓ | Blow Up - Map - Town of Delmar (Marzec) |
| 2 | | | | ✓ | Photograph - North 2nd Street (Marzec) |
| 4 | | | | ✓ | Warning - Delmar Police Dept. (Marzec) |
| | 12 | | | ✓ | Report - Marzec (Marzec) |
| 5 | | | | ✓ | Flashlight (Being held by Ronald Marzec Dover DEA Task Force) (Kurten) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages