

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

April 3, 2007

The Honorable Sue L. Robinson
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Lester Pittman**
              **Criminal Action No. 06-131-SLR**

Dear Chief Judge Robinson:

    At the suppression hearing, held on Wednesday, March 28, 2007, this Court requested that the Government submit a letter regarding the lack of a videotaped recording of the October 6, 2006, traffic stop of Lester Pittman.

    Officer Thomas Esham of the Delmar Police Department testified at the suppression hearing that he participated in the traffic stop of Mr. Pittman, and that his police vehicle is equipped with video recording equipment. However, Officer Esham stated that, on October 6, 2006, the videotape had been filled to capacity prior to the stop, that he did not have the authorization or ability to change the tape, and therefore, no video recording was in fact made of the traffic stop of Mr. Pittman.

    To further supplement the record on this issue, the Government has attached a signed Declaration by Sergeant Michael Bond of the Delmar Police Department.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                        BY:   /s/ Ilana H. Eisenstein
                                       Ilana H. Eisenstein
                                        Assistant United States Attorney

Enclosure

cc:      Christopher Koyste, Esq.
           Clerk, U.S. District Court

## Declaration of Sergeant Michael Bonds, Delmar Police Department

Your declarant, Michael Bonds, states he is a Sergeant with the Delmar Police Department and has been so employed since May 3, 1993. Prior to that time, he was a correctional officer with the Baltimore County Sheriff's Office for approximately two years.

Your declarant states that four of the Delmar Police Department patrol vehicles out of a total of six, are equipped with operational video recording equipment. This equipment is stored in a locked box in the patrol vehicle, and your declarant is the only person with a key to these boxes. The patrol officers do not have the ability to change the videotape or to tape over a videotape once it is full. Typically, after these videotapes are changed by your declarant, they are stored for a period of thirty days, after which time they are erased and reused.

Your declarant has reviewed the video tapes currently in the possession of the Delmar Police Department and has verified that there is no videotape of the traffic stop of Lester Pittman from the evening of October 6, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

*SGT. Michael Bonds* (signature)
MICHAEL BONDS
Sergeant, Delmar Police Department

Executed this 3rd day of April, 2007.