# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Acting Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Tieffa Harper**
Research & Writing Specialist

April 11, 2007

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

>     Re:     <u>**United States v. Lester Pittman**</u>
>                 **Criminal Action No.: 06-131-SLR**

Dear Chief Judge Robinson:

Please be informed that the Defense, having received and reviewed the Declaration by Sergeant Michael Bond of the Delmar Police Department, does not seek to provide further testimony on the Motion to Suppress.

Additionally, Counsel has had the opportunity to discuss a briefing schedule with counsel for the government, Illana Eisenstein.  Although, the transcript of the suppression hearing has not yet been completed, it is expected to be issued later this week.  With that in mind, the parties jointly propose the following briefing schedule:

- Defense Opening Memorandum of Law on April 27, 2007;
- Government Answering Memorandum on May 11, 2007, and if needed;
- Defense Reply on May 18, 2007

Very truly yours,

_____/s/_____
Christopher S. Koyste
Assistant Federal Public Defender

cc:     Ilana H. Eisenstein, Esq.