IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Crim. No. 06-131-SLR |
| | ) |
| LESTER PITTMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 2nd day of August, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, December 3, 2007** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Monday, November 19, 2007** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine shall be filed on or before **Monday, November 5, 2007**. Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **Monday, November 13, 2007**.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                                                                                                                                  _____
                                                                                          United States District Judge