## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

August 20, 2007

Edson A. Bostic, Esquire
Federal Public Defender
First Federal Plaza
Suite 110
704 King Street
Wilmington, DE  19801

      Re:    United States v. Lester Pittman,
              Crim. No. 06-131-SLR

Dear Mr. Bostic:

    Enclosed is a copy of a letter sent by your client to Judge Robinson. The letter will not be docketed by the Clerk's Office nor forwarded to the United States Attorney's Office. Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

    Thank you for your cooperation.

                            Sincerely,

                            Maria G. Alvino
                            Attorney/Office Manager

cc: Lester Pittman, w/ original letter