## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        Criminal Action No. 06-131-SLR
                                    )
LESTER PITTMAN,                     )
                                    )
                Defendant.          )

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Ilana H. Eisenstein as attorney of record for the

United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney

for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x133

Dated: August 27, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )| |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Criminal Action No. 06-131-SLR |
| ) | |
| LESTER PITTMAN,    ) | |
| ) | |
| Defendant.    ) | |

### CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 27th day of August 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court.


       /s/ Robert F. Kravetz
       Robert F. Kravetz
       Assistant United States Attorney