IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 06-131-SLR |
| LESTER PITTMAN, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 4th day of December, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, March 10, 2008** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Thursday, February 28, 2008** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine, proposed jury instructions, proposed verdict sheet and voir dire shall be filed on or before **February 25, 2008**. Responses to any motions in limine will be discussed at the pretrial conference.

4. The time between this order and the commencement of trial shall be excluded

under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

                                                                                                  _____
                                                                                                    United States District Judge