IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-131-SLR |
| ) | |
| LESTER PITTMAN, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO RESCHEDULE THE PRETRIAL CONFERENCE

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and files the following motion to reschedule the pretrial conference in the above matter. Counsel for the government asserts that he has a scheduling conflict on Thursday, February 28, 2008, the date on which the pretrial conference is currently scheduled. The Government respectfully requests the Court to reschedule the Pretrial Conference for Wednesday, February 27, 2008, at 5:00 p.m. Counsel for the defendant does not oppose the Government's request.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: January 14, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-131-SLR |
| ) | |
| LESTER PITTMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW this _____ day of January 2008, the Government's Motion to Reschedule the Pretrial Conference is GRANTED. The Pretrial Conference is hereby rescheduled to Wednesday, February 27, 2008, at 5:00 p.m.


By the Court:


_____
Hon. Sue L. Robinson
United States District Judge