IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-131-SLR |
| | ) | |
| LESTER PITTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW this __14th__ day of January 2008, the Government's Motion to Reschedule the

Pretrial Conference is GRANTED. The Pretrial Conference is hereby rescheduled to Wednesday,

February 27, 2008, at 5:00 p.m.

By the Court:

Hon. Sue L. Robinson
United States District Judge

2