# Federal Public Defender
### District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

March 7, 2008

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

    **Re:**   *United States v. Lester Pittman*
              **Criminal Action No. 06-131-SLR**
              **Our File No. 2007-00057**

Dear Honorable Judge Robinson:

This letter is in response to the Court's request that counsel provide the Court with a list of individuals who may appear as witnesses in the above referenced matter. The defense does not anticipate calling any witnesses at this time.

Should the Court have any questions, please feel free to contact me.

                                               Respectfully submitted,

                                               /s/
                                               Luis A. Ortiz
                                               Assistant Federal Public Defender
                                               704 King Street, Suite 110
                                               Wilmington, Delaware  19801
                                               (302) 573-6010
                                               ecf_de@msn.com
                                               Attorney for Defendant Lester Pittman

cc: Robert F. Kravetz, Assistant United States Attorney