IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-131-SLR |
| LESTER PITTMAN, | ) ) ) |
| Defendant. | ) |

**VERDICT FORM**

As to count I, charging the defendant with possession with intent to distribute 50 grams or more of a mixture or substance of cocaine base, we the jury unanimously find the defendant

__X__ Guilty          _____ Not Guilty.

The jury finds that the total amount of cocaine base attributable to defendant is:

__X__ 50 or more grams

_____ Between 5 and 50 grams