AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

U.S.A.
V.
LESTER PITTMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 06-cr-131-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue. L. Robinson | Robert Kravetz | Luis Ortiz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/10/2008-3/11/2008 | V. Gunning | N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 3/10/08 | | YES | Partial map of the town of Delmar (Marzec) |
| 1 | | 3/10/08 | | YES | Evidence Bags (Marzec) |
| 2 | | 3/10/08 | | YES | Sealed Exhibit Bag (Marzec) |
| 16 | | 3/10/08 | | YES | Scale seized from Lester Pittman's vehicle (Marzec) |
| 3 | | 3/10/08 | | YES | Heat sealed envelope (Marzec) |
| 4 | | 3/10/08 | | YES | Heat sealed envelope (Marzec) |
| 17 | | 3/10/08 | | YES | Photograph of the interior of the vehicle (Marzec) |
| 6 | | 3/10/08 | | YES | Receipt (Marzec) |
| 6A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 7 | | 3/10/08 | | YES | Reccipt for Bodyshop (Marzec) |
| 8 | | 3/10/08 | | YES | Invoice (Marzec) |
| 9 | | 3/10/08 | | YES | Service receipt (Marzec) |
| 7A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 8A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 9A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 10 | | 3/10/08 | | YES | Service receipt (Marzec) |
| 10A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 11 | | 3/10/08 | | YES | Invoice (Marzec) |
| 11A | | 3/10/08 | | YES | Certificate of Authenticity (Marzec) |
| 12 | | 3/10/08 | | YES | Birth certificate (Marzec) |
| 13 | | 3/10/08 | | YES | Birth certificate (Marzec) |
| 14 | | 3/10/08 | | YES | Traffice violation warning (Marzec) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| U.S.A. | | vs. | | LESTER PITTMAN | CASE NO. 06-cr-131-slr |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 15 | | 3/10/08 | | YES | Certificate of Title (Marzec) |
| | 1 | 3/10/08 | --- | | Police report (Marzec - cross) |
| 22 | | 3/10/08 | | YES | Currency property form / Custody report (Marzec) |
| 20 | | 3/10/08 | | YES | Photocopy of U. S. Currency seized from Mr. Pittman (Marzec) |
| 21 | | 3/10/08 | | YES | Photocopy of U.S. currency seized from Mr. Pittman's wallet (Marzec) |
| 2A | | 3/10/08 | | YES | Lab report (Cusumano) |
| 4A | | 3/10/08 | | YES | Lab report (Cusumano) |
| | 2 | 3/11/08 | | YES | Traffic Citation (Esham - cross) |
| 18 | | 3/11/08 | | YES | Photograph of crack rocks and smoking device (Hughes) |

Page _____ of _____ Pages