IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-131–001-SLR |
| ) | |
| LESTER PITTMAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 13th day of March, 2008,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for fourteen (14) jurors in the above entitled case for the dates of March 10-11, 2008.

_____
United States District Judge

cc: Financial Administrator